**EXHIBIT K**

"HEART"  VA 894-437



B06225

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 894-437

EFFECTIVE DATE OF REGISTRATION
JUN 10 1997

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK: BRACELET B06225
NATURE OF THIS WORK: JEWELRY DESIGN

PREVIOUS OR ALTERNATIVE TITLES:

PUBLICATION AS A CONTRIBUTION: If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.

If published in a periodical or serial give: Volume / Number / Issue Date / On Pages

**2 a** NAME OF AUTHOR: DAVID YURMAN
DATES OF BIRTH AND DEATH: Year Born 1942 / Year Died —
Was this contribution to the work a "work made for hire"? ☐ Yes ☒ No
AUTHOR'S NATIONALITY OR DOMICILE: Citizen of U.S.A. / Domiciled in U.S.A.
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? ☐ Yes ☒ No  Pseudonymous? ☐ Yes ☒ No

NATURE OF AUTHORSHIP: Check appropriate box(es).
☐ 3-Dimensional sculpture  ☐ Map  ☐ Technical drawing
☐ 2-Dimensional artwork  ☐ Photograph  ☐ Text
☐ Reproduction of work of art  ☒ Jewelry design  ☐ Architectural work
☐ Design on sheetlike material

**b** NAME OF AUTHOR:
DATES OF BIRTH AND DEATH: Year Born / Year Died
Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No
AUTHOR'S NATIONALITY OR DOMICILE: Citizen of / Domiciled in
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? ☐ Yes ☐ No  Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP: Check appropriate box(es).
☐ 3-Dimensional sculpture  ☐ Map  ☐ Technical drawing
☐ 2-Dimensional artwork  ☐ Photograph  ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design  ☐ Architectural work
☐ Design on sheetlike material

**3 a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED: 1996
**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK: Month October Day 15 Year 1996  U.S.A.

**4** COPYRIGHT CLAIMANT(S): Name and address must be given even if the claimant is the same as the author given in space 2.
YURMAN DESIGN INC.
501 MADISON AVENUE
NEW YORK, NEW YORK 10022

APPLICATION RECEIVED: JUN 10 1997
ONE DEPOSIT RECEIVED: JUN 10 1997
TWO DEPOSITS RECEIVED:
FUNDS RECEIVED:

TRANSFER: If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.

Assignment from David Yurman

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.  • Sign the form at line 8.

DO NOT WRITE HERE

YDI/ALISA000148

|  |  |
|---|---|
| EXAMINED BY **Vg** | FORM VA |
| CHECKED BY **Vg** | |
| ☒ CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

---

**5** **PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box)
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼      Year of Registration ▼

---

**6** **DERIVATIVE WORK OR**    Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material**   Identify any preexisting work or works that this work is based on or incorporates.

_____

b. **Material Added to This Work**   Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.

_____

See instructions before completing this space.

---

**7** **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼       Account Number ▼

---

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP
NANCY L. CLARKE, ESQ.
DARBY & DARBY
805 Third Avenue
New York, New York 10022
Area Code and Telephone Number ▶ (212) 527-7700

Be sure to give your daytime phone number

---

**8** **CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  Yurman Design Inc.
    Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
NANCY L. CLARKE                                                    Date ▶ 6/6/97

Handwritten signature (X) ▼
*Nancy L. Clarke*

---

**9**
| MAIL CERTIFICATE TO | Name ▼ NANCY L. CLARKE, ESQ. DARBY & DARBY   (1047/8B198) |
| | Number/Street/Apt ▼ 805 Third Avenue |
| Certificate will be mailed in window | City/State/ZIP ▼ New York, New York 10022 |

**YOU MUST:**
- Complete all necessary spaces.
- Sign your application in space 8.

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

*17 U.S.C. section 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

YDI/ALISA0001

**EXHIBIT L**

LANTANA COLLECTION 2003
VA 1-282-479



N06831D



E06830D



BC0148

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1-282-479



EFFECTIVE DATE OF REGISTRATION

NOV 06 2003
Month   Day   Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** Title of This Work ▼
LANTANA COLLECTION 2003

Nature of This Work ▼ See instructions
JEWELRY DESIGN

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**2** 
a) NAME OF AUTHOR ▼
DAVID YURMAN

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼
1942

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _U.S.A._
     Domiciled in ____

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes  ☑ No
Pseudonymous? ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Nature of Authorship Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork     ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☑ Jewelry design   ☐ Architectural work

b) Name of Author ▼

Dates of Birth and Death
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ____
     Domiciled in ____

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes  ☐ No
Pseudonymous? ☐ Yes  ☐ No

Nature of Authorship Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork     ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**3**
a) Year in Which Creation of This Work Was Completed
_2003_ Year   This information must be given in all cases.

b) Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month ~~MAY~~   Day ~~30~~   Year _2003_
_U.S.A._ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
YURMAN STUDIOS INC.
24 VESTRY STREET
NEW YORK NY 10013

APPLICATION RECEIVED
NOV - 6 2003
ONE DEPOSIT RECEIVED
NOV - 6 2003
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
BY ASSIGNMENT

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _2_ pages

*Amended by C.O. via FAX rec'd from Louis Ederer dated 11/12/2004 filed in UB.

EXAMINED BY VG

CHECKED BY

☒ CORRESPONDENCE Yes

FORM VA

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼       **Year of Registration** ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼       Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

SUSAN SPAGNA, ESQ.
YURMAN STUDIOS INC.
24 VESTRY STREET; NEW YORK, NY 10013

Area code and daytime telephone number (212) 896-1550       Fax number (212-) 223-0196
Email soloesq@aol.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of YURMAN STUDIOS INC.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
SUSAN SPAGNA       Date 28 Oct 2003

Handwritten signature (X) ▼
X _Susan Spagna_

Certificate will be mailed in window envelope to this address:
Name ▼ Susan Spagna, Esq.
Number/Street/Apt ▼ 24 Vestry
City/State/ZIP ▼ New York, NY 10013

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e). Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev. June 2002—20,000   Web Rev: June 2002   ♻ Printed on recycled paper       U.S. Government Printing Office

**EXHIBIT M**

LANTANA COLLECTION – PEARL 2005
VA 1-344-442



E07140



N07099

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1-344-442**

EFFECTIVE DATE OF REGISTRATION

July 26 2005

RATE CONTINUATION SHEET.

---

**1** Title of This Work ▼
LANTANA COLLECTION - PEARL 2005

NATURE OF THIS WORK ▼ See Instructions
JEWELRY DESIGN

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

---

**2** NAME OF AUTHOR ▼
a  DAVID YURMAN

DATES OF BIRTH AND DEATH
Year Born ▼  Year Died ▼
1942

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of  U.S.A.
     Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?  ☐ Yes  ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork     ☐ Photograph   ☐ Text
☐ Reproduction of work of art  ☑ Jewelry design  ☐ Architectural work

b Name of Author ▼

Dates of Birth and Death
Year Born ▼  Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
     Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?  ☐ Yes  ☐ No
Pseudonymous? ☐ Yes ☐ No

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork     ☐ Photograph   ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design  ☐ Architectural work

---

**3** a Year in Which Creation of This Work Was Completed  2004  Year

b Date and Nation of First Publication of This Particular Work
Month May  Day 29  Year 2004
U.S.A.  Nation

---

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
YURMAN STUDIOS INC.
24 VESTRY STREET
NEW YORK NY 10013

APPLICATION RECEIVED
JUL 26 2005
ONE DEPOSIT RECEIVED
JUL 26 2005
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
ASSIGNMENT: from DAVID YURMAN

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.  • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

EXAMINED BY ___
CHECKED BY

☑ CORRESPONDENCE
    Yes

FORM VA

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼     **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**6** a

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                              **Account Number** ▼

**7** a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

SUSAN SPAGNA, ESQ.
YURMAN STUDIOS INC.
24 VESTRY STREET: NEW YORK. NY 10013

b

Area code and daytime telephone number ( 212 ) 896-1550          Fax number ( 212 ) 223-0196
Email

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of YURMAN STUDIOS INC.
     Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Susan Spagna, Esq.                                    Date 7/18/05

Handwritten signature (X) ▼
X _Susan Spagna_

**9**

Certificate will be mailed in window envelope to this address:
Name ▼ Susan Spagna, Esq.
Number/Street/Apt ▼ 24 Vestry St.
City/State/ZIP ▼ NY, NY 10013

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: August 2003—30,000   Web Rev: June 2002   ● Printed on recycled paper                          U.S. Government Printing Office: 2003-496-605/60,029

**EXHIBIT N**

LINKED RENAISSANCE COLLECTION 2005
VA 1-384-012



N07346D



E07349D



D07313

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*
Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1-384-012**

**OCT 28 2005**

...RATE CONTINUATION SHEET.

**1. Title of This Work ▼**: LINKED RENAISSANCE COLLECTION 2005
**NATURE OF THIS WORK ▼**: JEWELRY DESIGN

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼  Number ▼  Issue Date ▼  On Pages ▼

**2.**
**a NAME OF AUTHOR ▼**: DAVID YURMAN
**DATES OF BIRTH AND DEATH**  Year Born ▼ 1942  Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes  ☒ No
Author's Nationality or Domicile: Citizen of U.S.A.
Was This Author's Contribution to the Work: Anonymous? ☐ Yes ☒ No  Pseudonymous? ☐ Yes ☒ No

Nature of Authorship Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture  ☐ Map  ☐ Technical drawing
☐ 2-Dimensional artwork  ☐ Photograph  ☐ Text
☐ Reproduction of work of art  ☒ Jewelry design  ☐ Architectural work

**b Name of Author ▼**
Dates of Birth and Death  Year Born ▼  Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes  ☐ No
Author's Nationality or Domicile: Citizen of ___  Domiciled in ___
Was This Author's Contribution to the Work: Anonymous? ☐ Yes ☐ No  Pseudonymous? ☐ Yes ☐ No

Nature of Authorship Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture  ☐ Map  ☐ Technical drawing
☐ 2-Dimensional artwork  ☐ Photograph  ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design  ☐ Architectural work

**3.**
**a Year in Which Creation of This Work Was Completed**: 2005
**b Date and Nation of First Publication of This Particular Work**: Month MARCH  Day 31  Year 2005  Nation U.S.A.

**4. COPYRIGHT CLAIMANT(S)**
YURMAN STUDIOS INC.
24 VESTRY STREET
NEW YORK NY 10013

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
ASSIGNMENT: from DAVID YURMAN

APPLICATION RECEIVED
OCT 28 2005
ONE DEPOSIT RECEIVED
OCT 28 2005
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

MORE ON BACK ▶ · Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
· See detailed instructions.  · Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY Vg

CHECKED BY

☒ CORRESPONDENCE
  Yes

FORM VA

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼         Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**
a

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

b

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                Account Number ▼

**7**
a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

SUSAN SPAGNA, ESQ.
YURMAN STUDIOS INC.
24 VESTRY STREET: NEW YORK. NY 10013

b

Area code and daytime telephone number   ( 212 ) 896-1550         Fax number   ( 212 ) 223-0196
Email

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
                          ☐ author
       check only one ▶   ☐ other copyright claimant
                          ☐ owner of exclusive right(s)
                          ☒ authorized agent of  YURMAN STUDIOS INC.
                             Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Susan Spagna                                                              Date  10/24/05

Handwritten signature (X) ▼
X  Susan Spagna

Certificate will be mailed in window envelope to this address:

Name ▼
Susan Spagna, Esq.

Number/Street/Apt ▼
24 Vestry Street

City/State/ZIP ▼
New York, NY 10013

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: August 2003—30,000   Web Rev: June 2002   ⊕ Printed on recycled paper                                                  U.S. Government Printing Office

**EXHIBIT O**

MOSAIC COLLECTION 2005
VA 1-337-039



D07687D

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts

**VA 1-337-039**

EFFECTIVE DATE OF REGISTRATION
10 / 28 / 05
Month / Day / Year

*ATE CONTINUATION SHEET.

---

**1**

**Title of This Work ▼**
MOSAIC COLLECTION 2005

**NATURE OF THIS WORK ▼** See instructions
JEWELRY DESIGN

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give  **Volume ▼**   **Number ▼**   **Issue Date ▼**   **On Pages ▼**

---

**2**

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**a** **NAME OF AUTHOR ▼**
DAVID YURMAN

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼
1942

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _U.S.A._
    { Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes  ☒ No
Pseudonymous? ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

**Nature of Authorship** Check appropriate box(es) **See Instructions**
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork     ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☒ Jewelry design   ☐ Architectural work

**b** **Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
    { Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes  ☐ No
Pseudonymous? ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**Nature of Authorship** Check appropriate box(es) **See Instructions**
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork     ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

---

**3**

**a** **Year in Which Creation of This Work Was Completed**
2004 Year *In all cases.*
*This information must be given*

**b** **Date and Nation of First Publication of This Particular Work**
*Complete this information ONLY if this work has been published.*
Month MARCH   Day 1   Year 2005
U.S.A. Nation

---

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

YURMAN STUDIOS INC.
24 VESTRY STREET
NEW YORK, NY 10013

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼
ASSIGNMENT: from DAVID YURMAN

APPLICATION RECEIVED
OCT 28 2005
ONE DEPOSIT RECEIVED
OCT 28 2005
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions   • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY ____

CHECKED BY

☑ CORRESPONDENCE Yes

FORM VA

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5 PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give **Previous Registration Number** ▼     **Year of Registration** ▼

**6 DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

**7 DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼     Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

SUSAN SPAGNA, ESQ.
YURMAN STUDIOS INC.
24 VESTRY STREET: NEW YORK, NY 10013

Area code and daytime telephone number  ( 212 ) 896-1550     Fax number  ( 212 ) 223-0196
Email

**8 CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of __YURMAN STUDIOS INC.__
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Susan Spagna                                                    Date  10/24/05

Handwritten signature (X) ▼
X __Susan Spagna__

**9** Certificate will be mailed in window envelope to this address:
Name ▼  Susan Spagna, Esq.
Number/Street/Apt ▼  24 Vestry Street
City/State/ZIP ▼  New York, NY 10013

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material
**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: August 2003—30,000   Web Rev: June 2002   ⓔ Printed on recycled paper                                              U.S. Government Printing Office: 2003-496-605/60,029