**EXHIBIT U**

QUATREFOIL COLLECTION

VA 1-116-158

PINK TOURMALINE/DIAMONDS



E06577

E05673

R06542

N06573

CH127

N06572





**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE
RE

**VA 1-116-158**

\*V00001116158\*

EFFECTIVE DATE OF REGISTRATION

AUG 28 2001
Month    Day    Year

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

QUATREFOIL COLLECTION - PINK TOURMALINE/DIAMONDS

**NATURE OF THIS WORK ▼** See Instructions

JEWELRY DESIGN

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

If published in a periodical or serial give:    Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

## 2

**a**

**NAME OF AUTHOR ▼**

DAVID YURMAN

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

1942

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▶ UNITED STATES
{ Domiciled in ▶

**Was This Author's Contribution to the Work**
Anonymous?    ☐ Yes    ☒ No
Pseudonymous?    ☐ Yes    ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☒ Jewelry design    ☐ Architectural work

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**Was This Author's Contribution to the Work**
Anonymous?    ☐ Yes    ☐ No
Pseudonymous?    ☐ Yes    ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

## 3

**a**

**Year in Which Creation of This Work Was Completed**

2001
◀ Year    This information must be given in all cases.

**Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month ▶ JANUARY    Day ▶ 22    Year ▶ 2001
◀ Nation

## 4

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

YURMAN STUDIOS, INC.
501 MADISON AVENUE
NEW YORK, NY  10022

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

ASSIGNMENT

APPLICATION RECEIVED
AUG 28 2001
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
AUG 28 2001
FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**    • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of ___ pages

EXAMINED BY _____    FORM VA

CHECKED BY _____

☐ CORRESPONDENCE
   Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☐ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼        **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
**a. Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

a

**b. Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

b

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                                **Account Number** ▼

a

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

JOSEPH RAMIREZ C/O YURMAN DESIGN INC.
501 MADISON AVENUE
NEW YORK, NY 10022

b

Area code and daytime telephone number ▶ ( 212 ) 896-1550                    Fax number ▶ ( 212 ) 644-3816

Email ▶ jramirez@davidyurman.com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

check only one ▶   ☐ author
                   ☐ other copyright claimant
                   ☐ owner of exclusive right(s)
                   ☑ authorized agent of  YURMAN STUDIOS INC.
                                          Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
JOSEPH RAMIREZ                                                Date ▶ AUGUST 22, 2001

Handwritten signature (X) ▼

x _____

Certificate
will be
mailed in
window
envelope
to this
address:

**Name** ▼
JOSEPH RAMIREZ C/O YURMAN DESIGN INC.

**Number/Street/Apt** ▼
501 MADISON AVENUE

**City/State/ZIP** ▼
NEW YORK, NY 10022

**9**

**YOU MUST**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE**
1. Application form
2. Nonrefundable filing fee in check or money   As of July 1, 1999,
   order payable to Register of Copyrights   the filing fee for
3. Deposit material   Form VA is $30.
**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
June 1999—100,000
WEB REV: June 1999        ♻ PRINTED ON RECYCLED PAPER        ✰U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/71

**EXHIBIT V**

## Renaissance Collection IV - 2005



E06909D





D07128D



B06963D



N07080

## Renaissance Collection IV - 2005



P07221



P07163D



P07164

## Renaissance Collection IV - 2005



P07165



P07166



P07163

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REGIS **VA 1-390-918**

EFFEC ... ... ...

APRIL 24 2006
Month   Day   Year

---

RATE CONTINUATION SHEET

**1**

**Title of This Work ▼**
RENAISSANCE COLLECTION IV   2005

**NATURE OF THIS WORK ▼** See instructions
JEWELRY DESIGN

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give **Volume ▼**   **Number ▼**   **Issue Date ▼**   **On Pages ▼**

---

**2**

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**a**

**NAME OF AUTHOR ▼**
DAVID YURMAN

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼
1942

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of   U S A
Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes   ☑ No
Pseudonymous?   ☐ Yes   ☑ No

If the answer to either of these questions is "Yes," see detailed instructions

**Nature of Authorship** Check appropriate box(es) **See Instructions**
☐ 3 Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2 Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☑ Jewelry design   ☐ Architectural work

**b**

**Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☐ No

If the answer to either of these questions is "Yes," see detailed instructions

**Nature of Authorship** Check appropriate box(es) **See Instructions**
☐ 3 Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2 Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

---

**3**

**a** **Year in Which Creation of This Work Was Completed**
2004
Year   in all cases.
This information must be given

**b** **Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month May   Day 29   Year 2004
U.S.A.   Nation

---

**4**

See instructions before completing this space

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
YURMAN STUDIO INC
24 VESTRY STREET
NEW YORK, NY 10013

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
ASSIGNMENT from DAVID YURMAN

APPLICATION RECEIVED
APR 2 4 2006
ONE DEPOSIT RECEIVED
APR 2 4 2006
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE

---

**MORE ON BACK ▶**   Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions.   Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ___ pages

EXAMINED BY  DW

CHECKED BY

☒ CORRESPONDENCE
   Yes

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work already been made in the Copyright Office?
☐ Yes ☒ No If your answer is Yes why is another registration being sought? (Check appropriate box ) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form
b. ☐ This is the first application submitted by this author as copyright claimant
c. ☐ This is a changed version of the work, as shown by space 6 on this application
If your answer is Yes give **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work complete only 6b for a compilation
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates ▼

b. **Material Added to This Work** Give a brief general statement of the material that has been added to this work and in which copyright is claimed ▼

**6**

a
See instructions
before completing
this space

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office give name and number of Account
Name ▼                                      Account Number ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent Name/Address/Apt/City/State/ZIP ▼

SUSAN SPAGNA ESQ
YURMAN STUDIO INC
24 VESTRY STREET NEW YORK NY 10013

Area code and daytime telephone number  ( 212 ) 896 1550          Fax number    ( 212 ) 223-0196

Email

b

**CERTIFICATION\*** I the undersigned, hereby certify that I am the

check only one ▶ {
☐ author
☐ other copyright claimant
☐ owner of exclusive rights
☒ authorized agent of  YURMAN STUDIO INC

Name of author or other copyright claimant or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3 do not sign and submit it before that date
Susan Spagna, Esq                                    Date  4/11/06

Handwritten signature (X) ▼

X _Susan Spagna_

Certificate
will be
mailed in
window
envelope
to this
address

Name ▼
SUSAN SPAGNA, ESQ

Number/Street/Apt ▼
24 VESTRY STREET

City/State/ZIP ▼
NEW YORK, NY 10013

Complete all necessary spaces
Sign your application in space 8

1 Application form
2 Nonrefundable filing fee in check or money
  order payable to Register of Copyrights
3 Deposit material

Library of Congress
Copyright Office
101 Independence Avenue S E
Washington, D C 20559-6000

**9**

17 U S C § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection
with the application shall be fined not more than $2,500

Rev August 2003—30,000   Web Rev June 2002  ♲ Printed on recycled paper

**EXHIBIT W**

## Renaissance Collection VII - 2005



R06986



## Renaissance Collection VII - 2005



B06984



B06988



B07089

# Renaissance Collection VII · 2005



N06984



N07053

# Renaissance Collection VII - 2005



E07057

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts

RE **VA 1-390-917**

EFFECTIVE DATE OF REGISTRATION

July 26 2005
Month    Day    Year

RATE CONTINUATION SHEET

---

**1**

Title of This Work ▼

RENAISSANCE COLLECTION VII  2005

NATURE OF THIS WORK ▼ See Instructions

JEWELRY DESIGN

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical serial or collection give information about the collective work in which the contribution appeared Title of Collective Work ▼

If published in a periodical or serial give  Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**2**

**NOTE**

Under the law the "author" of a work made for hire is generally the employer not the employee (see instructions) For any part of this work that was made for hire check Yes in the space provided give the employer (or other person for whom the work was prepared) as Author of that part and leave the space for dates of birth and death blank

a  NAME OF AUTHOR ▼

DAVID YURMAN

DATES OF BIRTH AND DEATH
Year Born ▼  1942    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

Author s Nationality or Domicile
Name of Country
OR { Citizen of __U S A__
Domiciled in ___

Was This Author s Contribution to the Work
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

Nature of Authorship Check appropriate box(es) See Instructions
☐ 3 Dimensional sculpture
☐ 2 Dimensional artwork
☐ Reproduction of work of art
☐ Map
☐ Photograph
☑ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work

b  Name of Author ▼

Dates of Birth and Death
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author s Nationality or Domicile
Name of Country
OR { Citizen of ___
Domiciled in ___

Was This Author s Contribution to the Work
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

Nature of Authorship Check appropriate box(es) See Instructions
☐ 3 Dimensional sculpture
☐ 2 Dimensional artwork
☐ Reproduction of work of art
☐ Map
☐ Photograph
☐ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work

---

**3**

a  Year in Which Creation of This Work Was Completed  2003
This information must be given Year in all cases.

b  Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month January  Day 25  Year 2004
U.S.A.  Nation

---

**4**

See instructions before completing this space

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼

YURMAN STUDIO INC
24 VESTRY STREET
NEW YORK NY 10013

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

ASSIGNMENT from DAVID YURMAN

APPLICATION RECEIVED APR 2 4 2006  7-26 05
ONE DEPOSIT RECEIVED APR 2 4 2006  7-26-05
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

---

MORE ON BACK ▶  Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions  Sign the form at line 8

DO NOT WRITE HERE
Page 1 of __ pages

EXAMINED BY DW

CHECKED BY

☒ CORRESPONDENCE
Yes

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work  already been made in the Copyright Office?

☐ Yes  ☒ No  If your answer is  Yes  why is another registration being sought? (Check appropriate box ) ▼

a.  ☐ This is the first published edition of a work previously registered in unpublished form

b.  ☐ This is the first application submitted by this author as copyright claimant

c.  ☐ This is a changed version of the work, as shown by space 6 on this application

If your answer is  Yes  give  **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work  complete only 6b for a compilation

a.  **Preexisting Material**  Identify any preexisting work or works that this work is based on or incorporates ▼

b  **Material Added to This Work**  Give a brief  general statement of the material that has been added to this work and in which copyright is claimed ▼

**6**

a
See instructions
before completing
this space

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office  give name and number of Account

Name ▼                                    Account Number ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent  Name/Address/Apt/City/State/ZIP ▼

SUSAN SPAGNA  ESQ
YURMAN STUDIO INC
24 VESTRY STREET  NEW YORK  NY 10013

b

Area code and daytime telephone number    ( 212 )  896 1550          Fax number    ( 212 )  223 0196

Email

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

check only one ▶ {
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  YURMAN STUDIO INC
Name of author or other copyright claimant  or owner of exclusive right(s) ▲
}

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3  do not sign and submit it before that date
Susan Spagna, Esq                                         Date    4/11/06

Handwritten signature (X) ▼

x   _Susan Spagna_

Certificate
will be
mailed in
window
envelope
to this
address

Name ▼
SUSAN SPAGNA  ESQ

Number/Street/Apt ▼
24 VESTRY STREET

City/State/ZIP ▼
NEW YORK, NY 10013

Complete all necessary spaces
Sign your application in space 8

1  Application form
2  Nonrefundable filing fee in check or money
   order payable to Register of Copyrights
3  Deposit material

Library of Congress
Copyright Office
101 Independence Avenue  S E
Washington  D C  20559-6000

**9**

17 U S C  § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection
with the application  shall be fined not more than $2 500

Rev August 2003—30 000  Web Rev June 2002  ● Printed on recycled paper

U S Government Printing Office  2003-496-605/60 029

**EXHIBIT X**

TAHITIAN BIJOUX COLLECTION 2003
VA 1-282-483



N06952D



N06652D

Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**FORM VA**
For a Work of the Visual Arts

VA 1-282-483

EFFECTIVE DATE OF REGISTRATION

NOV 06 2003
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

Title of This Work ▼

TAHITIAN BIJOUX COLLECTION 2003

NATURE OF THIS WORK ▼ See instructions

JEWELRY DESIGN

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**2**

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**a**  NAME OF AUTHOR ▼

DAVID YURMAN

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼
1942

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _U.S.A._
Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?    ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☑ Jewelry design    ☐ Architectural work

**b**  Name of Author ▼

Dates of Birth and Death
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

---

**3**

**a**  Year in Which Creation of This Work Was Completed
2003
◀ Year

This information must be given in all cases.

**b**  Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month JULY    Day 27    Year 2003
Nation U.S.A.

---

**4**

See instructions before completing this space.

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

YURMAN STUDIOS INC.
24 VESTRY STREET
NEW YORK, NY 10013

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

BY ASSIGNMENT

APPLICATION RECEIVED
NOV - 6 2003
ONE DEPOSIT RECEIVED
NOV - 6 2003
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of __2__ pages

Scanned by C.O. via FAX rec'd from Louis Feierer dated
11/12/2004 filed in UB.

| EXAMINED BY **Vg** | FORM VA |
| CHECKED BY | |

| ☒ CORRESPONDENCE | FOR COPYRIGHT OFFICE USE ONLY |
| Yes | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number ▼**        **Year of Registration ▼**

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

See instructions before completing this space

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name ▼**        **Account Number ▼**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

SUSAN SPAGNA, ESQ.
YURMAN STUDIOS INC.
24 VESTRY ST., NEW YORK, NY 10013

Area code and daytime telephone number  (212) 896-1550        Fax number  (212) 223-0196

Email  soloesq@aol.com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  YURMAN STUDIOS INC.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

SUSAN SPAGNA        Date 28 Oct. 2003

Handwritten signature (X) ▼

X  _Susan Spagna_

| Certificate will be mailed in window envelope to this address: | Name ▼ Susan Spagna, Esq. | **9** |
| | Number/Street/Apt ▼ 24 Vestry | |
| | City/State/ZIP ▼ New York, NY 10013 | |

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: June 2002—20,000    Web Rev: June 2002    ● Printed on recycled paper        U.S. Government Printing Office: 2000-461-113/20,021

**EXHIBIT Y**

# DAVID YURMAN

SUSAN SPAGNA, ESQ.
VICE PRESIDENT HUMAN RESOURCES
AND LEGAL COUNSEL

February 16, 2006

Baubles and Jewels
4324 Silverleaf Court
Virginia Beach, Va. 23462
BY UPS OVERNIGHT DELIVERY

Re: __David Yurman__®

Dear Sir or Madam:

      I am General Counsel for David Yurman, Yurman Studios Inc. and Yurman Design, Inc. (hereinafter "Yurman"), which as you are probably aware, design and produce jewelry that is marketed under the brand name David Yurman ®. Yurman's designs are among the most celebrated and desired jewelry products in the United States and worldwide.

      Yurman is the sole and exclusive owner of numerous utility and design patents, trademarks, and copyrights protecting these designs. Consumers expect and believe the source of these designs is David Yurman. Since the introduction of its jewelry products, Yurman has spent enormous amounts of time, resources and effort to cultivate its heralded reputation for quality and craftsmanship. Such designs have become so highly acclaimed and widely known that they consistently attract unsolicited international media coverage.

      It has come to our attention that you are using without authorization the registered trademark David Yurman ® in connection with the sale, advertisement, and display of copies of Yurman jewelry on your web site www.baublesandjewels.com (please see attached photocopies of 75 pages from your website) and you are advertising, offering for sale and selling, without authorization or license, deliberate copies of numerous original, copyrighted Yurman designs. On your web site you admit that the "David Yurman Inspired Jewelry" you sell is similar to Yurman's designs (see page 1 from your website, enclosed herewith).

      Any reference to Yurman trades off his commercial value, none of which belongs to you. Your efforts constitute unfair competition, trading off the goodwill of Yurman, violation of Yurman's right of publicity, trademark infringement and dilution of Yurman's rights.

Further, Yurman has registered and enforceable copyright claims arising out of your advertisement, offer for sale and sale on your website, without authorization or license, of deliberate copies of numerous original, copyrighted Yurman jewelry designs.

Accordingly, Yurman demands that you:

1- immediately cease and desist any further advertising, offering for sale and/or sale of any jewelry products that are copies of or are substantially similar in appearance to copyrighted Yurman designs;

2- immediately cease and desist from any further advertising, offering for sale and/or sale of any imitation goods;

3- retain any imitation Yurman goods you have in stock (and specifically do not return any imitation Yurman goods to any supplier) until we can arrange for the delivery or destruction of all infringing products;

4- provide a full listing, along with photographic depictions, of all your product offerings in the past two years, including any catalogs, brochures, price sheet and sell sheets that you maintain for that period;

5- provide an accounting of your purchases and sales for the infringing goods, including all sales made on your web site, www.baubesandjewels.com, and all documents reflecting your purchases, such as purchase orders and invoices, and all documents reflecting your sales of such goods;

6- provide all materials received from your suppliers of jewelry products over the last two years reflecting their product offerings, including catalogues, brochures, price sheets, sell sheets, offer sheets, and correspondence; and

7- provide the contact information (name, address, contact individual, telephone number, email address) for all of your suppliers of jewelry products.

I expect a prompt response from you that will cease any further Yurman related activity as demanded above and that you will provide all of the above demanded information. Please be advised that failure to comply with our demands, shall be interpreted to mean that you are continuing to willfully and intentionally infringe Yurman's copyright and trademark rights as well as David Yurman's right of publicity in violation of law. Yurman will pursue all available legal and equitable remedies against you to enforce its rights.

You will receive no further legal notice prior to the initiation of litigation. You have until the end of business on February 24, 2006 to inform me of your intentions.

SLS/dd
Encl.
cc: Paul Blum, C.E.O. w/o encl.
    Scott Vogel, C.F.O. w/o encl.

Very truly yours,

Susan Singer

# DiPaola, Dana

**From:**   Rivera, Vincent
**Sent:**   Friday, February 17, 2006 4:38 PM
**To:**     DiPaola, Dana
**Subject:** tracking

Status:               Delivered
Delivered on:         02/17/2006 9:49 A.M.
Signed by:            JEWELS
Location:             FRT DOOR
Delivered to:         US
Shipped or Billed on: 02/16/2006

Tracking Number:      1Z 153 363 01 0020 599 2
Service Type:         NEXT DAY AIR
Weight:               .70 Lb

Vincent Rivera
Shipping & Receiving Manager
Yurman Design, Inc
24 Vestry Street
New York, New York 10013
(212)-896-1550 ex436
vrivera@davidyurman.com

2/17/2006