UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YURMAN DESIGN, INC. and
YURMAN STUDIO, INC.,

                     Plaintiffs,

- against -

JAMES GREGORY REGISTER and KATHY REGISTER, d/b/a BAUBLES & JEWELS and JOHN DOES 1-5,

                     Defendants.



CIV. NO. 07 CIV 7025



**RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for YURMAN DESIGN, INC. and YURMAN STUDIO, INC. (private non-governmental parties) certifies that the following are corporate parents, affiliates and/or subsidiaries of said parties, which are publicly held.

                     None.

Date: 8/6/2007

                     Signature of Attorney

                     Attorney Bar Code:

NEWYORK.542399.1