

**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
YURMAN DESIGN, INC. AND YURMAN
STUDIO, INC.,

                                            Case No. 07 CIV 7025
                                            (Judge Rakoff)

                 Plaintiffs,

                 -against-                             AFFIDAVIT OF SERVICE

JAMES GREGORY REGISTER AND KATHY
REGISTER D/B/A BAUBLES & JEWELS
AND JOHN DOES 1-5,

                 Defendants.
-----------------------------------------------------------X
STATE OF VIRGINIA                )
        S.S.:
COUNTY OF VIRGINIA BEACH CITY    )

        DANIEL WOOD, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of the attorney service, DLS, INC., and is not a party of this action.

        That on the 9th day of August, 2007, at approximately the time of 2:16 PM, deponent served a true copy of the SUMMONS IN A CIVIL ACTION; COMPLAINT; RULE 7.1 STATEMENT; CIVIL COVER SHEET; GUIDELINES FOR ELECTRONIC FILING; INDIVIDUAL RULES OF PRACTICE OF HON. JED S. RAKOFF; AND PROCEDURES APPLICABLE TO CASES REFERRED FOR SETTLEMENT TO MAGISTRATE JUDGE KEVIN NATHANIEL FOX upon JAMES GREGORY REGISTER d/b/a BAUBLES & JEWELS at 4324 Silverleaf Court, Virginia Beach, VA, by personally delivering and leaving the same with JAMES GREGORY REGISTER at that address. At the time of service, deponent asked JAMES GREGORY REGISTER if he is in active military service for the United States of America or for the State in any capacity whatever or dependent upon a person in active military service and received a negative reply.

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com

 

## Demovsky Lawyer Service
Premier Nationwide Document Retrieval
and Process Service Company

JAMES GREGORY REGISTER is a white male, in his 40's, stands approximately 5 feet 11 inches tall, weighs approximately 200 pounds with gray/white hair wearing glasses.

*[signature]*
DANIEL WOOD

Sworn to before me this
24 day of August, 2007

*Clare Elizabeth Wallace*
NOTARY PUBLIC
exp 6/30/11   reg# 7093944

*[Notary seal: Clare Elizabeth Wallace, Notary Public, Commonwealth of Virginia]*

D.L.S., Inc.
101 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com