**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
YURMAN DESIGN, INC. AND YURMAN
STUDIO, INC.,

                                                    Case No. 07 CIV 7025
                                                    (Judge Rakoff)

            Plaintiffs,

      -against-                              AFFIDAVIT OF SERVICE

JAMES GREGORY REGISTER AND KATHY
REGISTER D/B/A BAUBLES & JEWELS
AND JOHN DOES 1-5,

            Defendants.
-----------------------------------------------------------------X
STATE OF VIRGINIA                         )
              S.S.:
COUNTY OF VIRGINIA BEACH CITY             )

       DANIEL WOOD, being duly sworn, deposes and says that he is over the age of

eighteen years, is an agent of the attorney service, DLS, INC., and is not a party of this action.

       That on the 9th day of August, 2007, at approximately the time of 2:16 PM,

deponent served a true copy of the SUMMONS IN A CIVIL ACTION; COMPLAINT; RULE

7.1 STATEMENT; CIVIL COVER SHEET; GUIDELINES FOR ELECTRONIC FILING;

INDIVIDUAL RULES OF PRACTICE OF HON. JED S. RAKOFF; AND PROCEDURES

APPLICABLE TO CASES REFERRED FOR SETTLEMENT TO MAGISTRATE JUDGE

KEVIN NATHANIEL FOX upon KATHY REGISTER d/b/a BAUBLES & JEWELS at 4324

Silverleaf Court, Virginia Beach, VA, by personally delivering and leaving the same with

JAMES GREGORY REGISTER, a person of suitable age and discretion at that address, the

actual place of residence. At the time of service, deponent asked whether KATHY REGISTER

is in active military service for the United States of America or for the State in any capacity

whatever or dependent upon a person in active military service and received a negative reply.

).L.S., Inc.
01 Broadway
·te 510
·Y, NY 10013
12-925-1220
·ww.dlsny.com

 **Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

JAMES GREGORY REGISTER is a white male, in his 40's, stands approximately 5 feet 11 inches tall, weighs approximately 200 pounds with gray/white hair wearing glasses.

*Daniel Wood*

DANIEL WOOD

Sworn to before me this
24 day of August, 2007

*Clare Elizabeth Wallace*
NOTARY PUBLIC
exp: 6/30/11   reg# 7093944

).L.S., Inc.
.01 Broadway
ite 510
iY, NY 10013
12-925-1220
rww.dlsny.com