**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
YURMAN DESIGN, INC. AND YURMAN
STUDIO, INC.,

                    Plaintiffs,

               -against-

JAMES GREGORY REGISTER AND KATHY
REGISTER D/B/A BAUBLES & JEWELS
AND JOHN DOES 1-5,

                  Defendants.
------------------------------------------------------------X

Case No. 07 CIV 7025
(Judge Rakoff)

AFFIDAVIT OF MAILING

STATE OF NEW YORK    )
                            S.S.:
COUNTY OF NEW YORK  )

       HOWARD D. GOLDMAN, being duly sworn, deposes and says that he is over the age of eighteen years, is an employee of the attorney service, DLS, INC., and is not a party of this action.

       That on the 9th day of August, 2007, deponent served a true copy of the SUMMONS IN A CIVIL ACTION; COMPLAINT; RULE 7.1 STATEMENT; CIVIL COVER SHEET; GUIDELINES FOR ELECTRONIC FILING; INDIVIDUAL RULES OF PRACTICE OF HON. JED S. RAKOFF; AND PROCEDURES APPLICABLE TO CASES REFERRED FOR SETTLEMENT TO MAGISTRATE JUDGE KEVIN NATHANIEL FOX upon KATHY REGISTER d/b/a BAUBLES & JEWELS by first class mail, by enclosing a true copy thereof in a securely sealed and postpaid wrapper with the words "PERSONAL AND CONFIDENTIAL" written on the same envelope, and not indicating on the outside that it is from an attorney or concerns an action against the person to be served, and depositing the same

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com

**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

into an official depository maintained by the Government of the United States, City and State of New York, addressed as follows:

KATHY REGISTER d/b/a BAUBLES & JEWELS
4324 Silverleaf Court
Virginia Beach, VA 23462

HOWARD D. GOLDMAN
#932192

Sworn to before me this
13th day of August, 2007

NOTARY PUBLIC

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20 08

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com