UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

Yurman Design Inc. et al.

V.

Register et al.

-------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10-4-07

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

07 Civ. 7025 (JSR)(KNF)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

✓ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*

_____

_____

___ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

___ Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

___ Habeas Corpus

___ Social Security

✓ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____

___ All such motions:_____

Per conference call on 10/3/07, no conferences to be held before 11/15/07

==========================================================

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:    New York, New York
          10/3/07

United States District Judge