

**SALANS**
ATTORNEYS AT LAW

Rockefeller Center, 620 Fifth Avenue, New York, NY 10020
Tel +1 (212) 632 5500  Fax +1 (212) 632 5555
www.salans.com

Lora A. Moffatt *Partner*
Direct Dial +1 (212) 632 8436
Direct Fax +1 (212) 307 3320
lmoffatt@salans.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 6/18/08

**MEMO ENDORSED**

June 18, 2008

**RECEIVED JUN 18 2008 CHAMBERS OF KEVIN NATHANIEL FOX U.S. MAGISTRATE JUDGE**

<u>VIA FACSIMILE: (212) 805-6712</u>
United States Magistrate Judge Kevin N. Fox
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 540
New York, NY 10007

Re: Yurman Design, Inc., et al. v. James Gregory Register, et al.,
    07 Civ. 7025 (JSR) (KNF)

Dear Judge Fox:

We are counsel for Yurman Design, Inc. ("Yurman") in the above-referenced matter. Pursuant to Your Honor's Order of May 23, 2008, ("Order") we write to inform the Court that the parties have been negotiating a settlement and have reached an agreement on a majority of the issues, but have not yet finalized the settlement agreement. The parties expect to do so within the next few weeks.

We write to request an extension of the Order, requiring a response by May 20, 2008, for an additional forty (40) days, until July 31, 2008, during which time the parties expect to finalize their agreement. This is the parties' first request for an extension of time to comply with the Order.

We have on several occasions (via email and telephone) tried to contact the defendants James Gregory Register and Kathy Register, who have elected not to be represented by counsel, for their consent to the requested extension, but have been unable to reach them. We believe that they are out of town and have been informed that Mr. Register will return July 7, 2008.

Because the extension, if granted, would not prejudice the defendants, Yurman respectfully requests that the Court grant the parties an additional forty days to finalize the settlement agreement.

*6/18/08*
*The milestone date noted in the Court's order of May 23, 2008, June 20, 2008, is enlarged to July 17, 2008. The plaintiff shall serve this order on all parties. "SO ORDERED".*
*Kevin Nathaniel Fox, U.S.M.J.*

Respectfully submitted,

Lora A. Moffatt

LAM:ng
cc: Mr. James Gregory Register
    Defendant Pro Se

    Mrs. Kathy Register
    Defendant Pro Se

ALMATY  BAKU  BERLIN[1]  BRATISLAVA  BUCHAREST  BUDAPEST[2]  ISTANBUL  KYIV  LONDON  MOSCOW
NEW YORK  PARIS  PRAGUE  SHANGHAI  ST. PETERSBURG  WARSAW

[1] SALANS LLP is a Limited Liability Partnership registered in London with Registration Number OC 316822. Registered Office Millennium Bridge House, 2 Lambeth Hill, London EC4V 4AJ, United Kingdom. Regulated by the Law Society of England and Wales. A list of members of SALANS LLP is available at the above Registered Office.
NewYork 1167568.1
[2] Affiliated Office