UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
YURMAN DESIGN, INC., ET AL.,

           Plaintiffs,

    -against-                             ORDER

JAMES GREGORY REGISTRY, ET AL.,    07 Civ. 7025 (JSR)(KNF)

           Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07/14/08

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

       The parties have advised the Court, via correspondence, that settlement discussions are ongoing and that they need more time than the Court has allowed them to either conclude their discussions or move to the next phase of the litigation. Based on the parties' correspondence, IT IS HEREBY ORDERED that, on or before August 14, 2008, the defendants shall serve and file their answer to the complaint. Should they fail to do so, on or before August 18, 2008, the plaintiffs shall take such action, pursuant to either Fed. R. Civ. P. 41 or 55, as they deem appropriate.

Dated: New York, New York
       July 14, 2008

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE