*Fix, Mag*
*Rakoff, DJ*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

YURMAN DESIGN, INC. and
YURMAN STUDIO, INC.,

                      Plaintiffs,

- against -

JAMES GREGORY REGISTER and KATHY
REGISTER, d/b/a BAUBLES & JEWELS and
JOHN DOES 1-5,

                      Defendants.

Civ. No. 07-CIV-7025 (KNF)

---

## CONSENT JUDGMENT

As a result of settlement of this action by virtue of a settlement agreement between the parties, dated August 15, 2008 (the "Settlement Agreement") which shall become effective upon entry of the Consent Judgment and upon consent of Plaintiffs Yurman Design, Inc. and Yurman Studio, Inc. (collectively referred to as "Yurman" or "Plaintiffs") and Defendants James Gregory Register and Kathy Register, d/b/a Baubles and Jewels (collectively referred to as "Baubles and Jewels" or "Defendants"), judgment is hereby entered against Defendants upon Yurman's Complaint and it is hereby ORDERED, ADJUDGED and DECREED that:

        1.      Yurman commenced this action against Defendants on August 6, 2007. This action alleges copyright infringement under the Copyright Laws of the United States, trademark infringement under the Lanham Act and deceptive and dishonest acts and practices, unfair competition, misappropriation and unjust enrichment under the laws of the State of New York.

NewYork 542909.1

2. This Court has personal jurisdiction over the parties to this action and over the subject matter of the Complaint.

3. Yurman is the sole and exclusive owner of the trademarks and copyrights identified in paragraphs 11-12 and 16 of the Complaint (referred to collectively as "Intellectual Property") and has the right to sue upon and recover damages for past infringement and enjoin future infringement of these rights.

4. Defendants have infringed Yurman's Intellectual Property rights by advertising, distributing and selling jewelry designs over the internet.

5. Defendants are hereby permanently enjoined from infringing Yurman's Intellectual Property rights.

6. Any claims of infringement that Yurman has against the Defendants based on infringement of Yurman's Intellectual Property rights are hereby dismissed with prejudice.

7. This Court shall retain jurisdiction over this case for purposes of enforcing the Consent Judgment.

8. The right to enforce this Consent Judgment shall transfer to any successor-in-interest to Yurman.

SO ORDERED

Dated: 8/26/08

_____
United States ~~District~~ Court Judge
District

AGREED TO:

Dated:    August 15, 2008

                                SALANS

                                By: _____
                                Lora A. Moffatt
                                Alison G. Naidech
                                620 Fifth Avenue
                                New York, New York 10020-2457
                                Tel.: (212) 632-5500
                                Fax: (212) 632-5555

                                Attorneys for Plaintiffs
                                YURMAN DESIGN, INC. and
                                YURMAN STUDIO, INC.

Dated:    August 15, 2008

                                JAMES GREGORY REGISTER

                                _____
                                Defendant

                                KATHY REGISTER

                                _____
                                Defendant